FLORAL PARK LAWNS, INC., Plaintiff-Appellant, v. ELLEN A. O'CONNELL, MARGUERITE O'CONNELL, Respondents; GEORGE W. AVERELL, Defendant-Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

ISABELLA L. HANAU, on Behalf of Herself and All Other Heirs at Law, Next of Kin, Legatees and Devisees of RUDOLPH L. HANAU, Appellant, v. JACK L. STERN and Others, Individually and as Executors, etc., of RUDOLPH L. HANAU, Deceased, and HANAU ENGINEERING COMPANY, INC., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of JOSEPH R. HALPIN for a Peremptory Order of Mandamus, Appellant, against BOARD OF EDUCATION OF THE CITY OF YONKERS, LILLIAN E. BELCHER and Others, Members Constituting Said Board, Respondents. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of THOMAS L. HIGGINS, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of Proving the Last Will and Testament of HENRIETTA F. LAMERDIN, Late of the County of Queens, Deceased. JOHN P. LAMERDIN, Appellant; EDWIN V. HELLAWELL and GRACE D. McKENNA, Respondents.— Motion for reargument of the appeal with respect to the order entered December 23, 1935, granting motion to frame issues upon the jury trial thereof (Appeal No. 2) denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of LECO MANUFACTURING Co., INC., Assignor, to RICHARD H. LERSNER, Assignee, and LOUIS LEFEVRE, Substituted Assignee, and JULIUS F. NEWMAN, Referee, Respondents; FEIN'S TIN CAN Co., INC., and MALVIN B. MARIASH, as Attorney for FEIN'S TIN CAN Co., INC., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Petition of AUGUSTUS MACKENZIE, JR., to Prove the Last Will and Testament of AUGUSTUS MACKENZIE, Deceased. DONALD MACKENZIE, JR., an Infant, by FREDERICK A. KECK, His Special Guardian, and Others, Appellants; AUGUSTUS MACKENZIE, JR., and Others, Respondents. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 807.] The following question is certified: " After a trial of this contested probate proceeding, in which the surrogate directed a verdict on all issues except one which he submitted to the jury; and the jury disagreed and did not bring in any verdict, and no decree was entered from which an appeal could be taken, did the surrogate have jurisdiction and authority thereafter to make an order limiting the new trial to the one issue which had been submitted to the jury on the first trial? " Present — Lazansky, P. J., Carswell, Johnston and Adel, JJ.